UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| DON CHISUM, Individually and For Others Similarly Situated, | Case No. 4:20-cv-00051-DC-DF |
| | Collective Action |
| CARRIZO OIL & GAS, INC., CALLON PETROLEUM COMPANY, and CALLON PETROLEUM OPERATING COMPANY, | |

## NOTICE OF SETTLEMENT

Plaintiff Don Chisum and Defendant Carrizo Oil & Gas, Inc. Callon Petroleum Company, and Callon Petroleum Operating Company hereby give notice to the Court that the Parties have reached a settlement agreement for the claims brought by Plaintiffs.

The Parties request that the Court remove the case from its active docket pending submission of settlement documents. The Parties anticipate that they will be able to submit settlement approval documents to the Court within 45 days.

Respectfully submitted,

By: */s/ Richard M. Schreiber*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Richard M. Schreiber**
Texas Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

1

      AND

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
Texas Bar No. 24001807
11 Greenway Plaza, Ste. 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

On December 2, 2021, I served a copy of this document on all registered parties and/or their counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Richard M. Schreiber*
**RICHARD M. SCHREIBER**