**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **DON CHISUM, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED,** *Plaintiff,* | §<br>§<br>§<br>§ | |
| | § | **PE:20-CV-00051-DC** |
| **v.** | §<br>§ | |
| **CARRIZO OIL & GAS, INC.,** *et al.*, *Defendants.* | §<br>§<br>§ | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

BEFORE THE COURT is the unopposed Motion to Approve FLSA Settlement Agreement (hereafter, "Motion") filed by Plaintiff Don Chisum. (Doc. 60). The Motion represents that the parties have reached a settlement of the instant Fair Labor Standards Act ("FLSA") suit and requests that the Court approve the settlement agreement. (*See generally id.*).

The Court has reviewed the settlement agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to resolve all claims fully and finally. (*See generally* Doc. 61-1).

It is therefore **ORDERED** that the Motion is **GRANTED**, and the settlement agreement is **APPROVED**. (Docs. 60, 61-1).

It is further **ORDERED** that the parties implement and complete the notice process described in the settlement agreement. (Doc. 61-1).

It is further **ORDERED** that this case be **DISMISSED WITH PREJUDICE**. Except as otherwise provided by the terms of the settlement agreement, fees and costs are to be borne by the party incurring them.

It is so **ORDERED**.

SIGNED this 1st day of June, 2022.

                                              DAVID COUNTS
                                              UNITED STATES DISTRICT JUDGE